Argued March 21, reversed and remanded April 4, 1977

STATE OF OREGON, *Appellant,*

*v.*

ROBERT CHRISTOPHER PEARSON, *Respondent.*

(No. 76-3867, CA 7118)

562 P2d 203

W. Michael Gillette, Solicitor General, Salem, argued the cause for appellant. With him on the brief was James A. Redden, Attorney General, Salem.

Gary Babcock, Public Defender, Salem, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee and Richardson, Judges.

PER CURIAM.

Reversed and remanded. *Oregon v. Mathiason,* 429 US 492, 97 S Ct 711, 50 L Ed 2d 714 (1977).